FILED
Gary Harrison
CLERK, SUPERIOR COURT
2/5/2021 3:58:14 PM
BY: ARTHUR ROBLES /S/
DEPUTY

Case No. C20210625
HON. BRENDEN J GRIFFIN

MESCH CLARK ROTHSCHILD
259 N Meyer Avenue
Tucson, AZ 85701-1090
Phone: 520-624-8886
Fax: 520-798-1037
Email: nrothschild@mcrazlaw.com

By: Nathan S. Rothschild # 029847
63286-0001/at

Attorneys for Plaintiff

ARIZONA SUPERIOR COURT

PIMA COUNTY

| | |
|---|---|
| EDGAR SOTO MARTINEZ, a single man.<br><br>Plaintiff,<br><br>v.<br><br>PAUL POHWAT WILLIAM, a single man; JANE DOE WILLIAM, wife of Paul Pohwat William.<br><br>Defendant. | No.<br><br>**COMPLAINT**<br>**(Tort – Motor Vehicle)**<br><br>**(Jury Trial Demanded)**<br><br>(Honorable ) |

## <u>PROCEDURAL ALLEGATIONS</u>

Plaintiff, for his Complaint, alleges as follows:

1. Plaintiff, EDGAR SOTO MARTINEZ ("Edgar"), is a single man who, at the time of the 2/15/2020 collision at issue, resided in Pima County, Arizona.

2. Defendant, PAUL POHWAT WILLIAM ("Paul"), a single man, at the time of the 2/15/2020 collision at issue, resided in Hyattsville, Maryland.

3. The identity of Jane Doe William is presently unknown to Plaintiff and leave of Court will be sought to amend this Complaint once a true identity is discovered.

4. This matter exceeds the applicable compulsory arbitration limits and is NOT subject to compulsory arbitration, as the damages exceed $50,000.

5. This case is a Tier 1 Case.

6. This Court has personal and subject matter jurisdiction and venue is proper.

## GENERAL ALLEGATIONS

7. On or around 2/15/2020 at 5:32 P.M., Edgar was driving a motor vehicle eastbound on Congress in Tucson, Arizona.

8. Paul was driving a motor vehicle westbound on Congress and made a left-hand turn in front of Edgar in order to travel southbound on Freeway (I-10), in Tucson, Arizona.

9. Paul failed to yield to oncoming traffic, when entering the intersection on a red light, and the front end of his vehicle struck the driver side door of Edgar's vehicle in the middle of the intersection.

10. The collision caused Edgar's vehicle to spin and then collide head on with a traffic pole.

11. Edgar was transported to the local hospital by Tucson Fire Department.

12. An Arizona Crash Report was generated for this collision.

13. Paul was cited for violation of A.R.S. § 28-772.

14. The accident was cleared and information was exchanged/collected.

15. Edgar suffered, and continues to suffer, physical problems including cognitive issues and a brain injury.

## COUNT ONE NEGLIGENCE

16. Defendant had one or more duties to Plaintiff.

17. Defendant negligently breached one or more of these duties.

18. Defendant caused Plaintiff's damages.

**COUNT TWO NEGLIGENCE PER SE**

19. Plaintiff re-alleges and incorporates all previous allegations of this Complaint herein.

20. Arizona Revised Statutes Title 28 statutes governs transportation.

21. The operation of motor vehicles is a heavily regulated activity.

22. Defendant in colliding, while failing to stop or yield at a stop sign, with Plaintiff's vehicle was in violation of one or more safety rule or regulation.

23. Defendant in facility to stop or yield caused Plaintiff's damages.

WHEREFORE, Plaintiff asks this Court to enter Judgment in his favor and against Defendant as follows:

A. For general damages, including, but not limited to, physical and mental pain and suffering, and permanent injuries in an amount to be determined at jury trial;

B. For special damages, including, but not limited to, medical expenses incurred in an amount to be determined at trial; and in the future in the care of permanent damages.

C. For such other and further relief as the Court deems just and proper.

Dated February 4, 2021

MESCH CLARK ROTHSCHILD

By:____________________________
Nathan S. Rothschild
Attorneys for Plaintiff

27Z3363

FILED
Gary Harrison
CLERK, SUPERIOR COURT
2/8/2021 2:43:39 PM
BY: ALAN WALKER /S/
DEPUTY

Case No. C20210625
HON. BRENDEN J GRIFFIN

MESCH CLARK ROTHSCHILD
259 N Meyer Avenue
Tucson, AZ 85701-1090
Phone: 520-624-8886
Fax: 520-798-1037
Email: nrothschild@mcrazlaw.com

By: Nathan S. Rothschild # 029847
63286-0001/at

Attorneys for Plaintiff

**ARIZONA SUPERIOR COURT**

**PIMA COUNTY**

EDGAR SOTO MARTINEZ, a single man.

Plaintiff,

v.

PAUL POHWAT WILLIAM, a single man; JANE DOE WILLIAM, wife of Paul Pohwat William.

Defendant.

No. C20210625

**DEMAND FOR JURY TRIAL**

(Honorable BRENDEN J. GRIFFIN)

Pursuant to Rule 38(b), Ariz. R. Civ. P., Plaintiffs hereby request a jury trial in the above captioned case.

Dated February 8, 2021

MESCH CLARK ROTHSCHILD

By:______________________
Nathan S. Rothschild
Attorneys for Plaintiff

2809828

Person/Attorney Filing: Nathan S Rothschild
Mailing Address: 259 N. Meyer Avenue
City, State, Zip Code: Tucson, AZ 85701
Phone Number: (520)624-8886
E-Mail Address: nrothschild@mcrazlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 029847, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF PIMA

Edgar Soto Martinez
Plaintiff(s),
v.
Paul Pohwat William
Defendant(s).

Case No. C20210625

**SUMMONS**

HON. BRENDEN J GRIFFIN

To: Paul Pohwat William

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 110 West Congress Street, Tucson, Arizona 85701 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #5396298

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of PIMA




SIGNED AND SEALED This Date: 2/5/2021

Gary Harrison
Clerk of the Superior Court

By: ARTHUR ROBLES /s/
Deputy Clerk

AZturboCourt.gov Form Set #5396298

FILED
Gary Harrison
CLERK, SUPERIOR COURT
2/5/2021 3:58:14 PM
BY: ARTHUR ROBLES /S/
DEPUTY

Case No. C20210625
HON. BRENDEN J GRIFFIN

PERSON/ATTORNEY FILING: Nathan S Rothschild
MAILING ADDRESS: 259 N. Meyer Avenue
CITY, STATE, ZIP CODE: Tucson, AZ 85701
PHONE NUMBER: (520)624-8886
E-MAIL ADDRESS: nrothschild@mcrazlaw.com
[ ☐ ] REPRESENTING SELF, WITHOUT AN ATTORNEY
(IF ATTORNEY) STATE BAR NUMBER: 029847, Issuing State: AZ

ARIZONA SUPERIOR COURT, PIMA COUNTY

Edgar Soto Martinez
Plaintiff(s),

V.

Paul Pohwat William
Defendant(s).

**CASE NO**: ______________________

**RULE 102a FASTAR CERTIFICATE**

The undersigned certifies that he or she knows the eligibility criteria set by FASTAR Rule 101b and certifies that this case:

**(NOTE – YOU MUST CHECK ONE OF THE BOXES BELOW OR THE CLERK WILL NOT ACCEPT THIS FORM.)**

☐ **DOES** meet the eligibility criteria established by Rule 101b; or

☒ **DOES NOT** meet the eligibility criteria established by Rule 101b.

Dated: __________________

Nathan S Rothschild /s/
SIGNATURE

AZturboCourt.gov Form Set #5396298

FILED
Gary Harrison
CLERK, SUPERIOR COURT
2/5/2021 3:58:14 PM
BY: ARTHUR ROBLES /S/
DEPUTY

Case No. C20210625
HON. BRENDEN J GRIFFIN

# In the Superior Court of the State of Arizona
# In and For the County of Pima

**Plaintiff's Attorney:**
Nathan S Rothschild
Bar Number: 029847, issuing State: AZ
Law Firm: Mesch Clark Rothschild
259 N. Meyer Avenue
Tucson, AZ 85701
Telephone Number: (520)624-8886
Email address: nrothschild@mcrazlaw.com

**Plaintiff:**
Edgar Soto Martinez
259 N. Meyer Avenue
Tucson, AZ 85701

**Defendant:**
Paul Pohwat William
4005 Ingraham Street
Hyattsville, MD 20781

Discovery Tier t1

Case Category: Tort Motor Vehicle
Case Subcategory: Non-Death/Personal Injury

AZturboCourt.gov Form Set #5396298



***Pima County Clerk of Superior Court***
***Tucson, Arizona***



Receipt Number: 3319921

| | | | |
|---|---|---|---|
| Received for: | Nathan S Rothschild | Date: | 2/5/2021 |
| Received from: | Nathan S Rothschild | Case Number: | C20210625 |
| Amount Received: | $258.00 | Clerk Number: | 1,738 |

Caption: EDGAR SOTO MARTINEZ VS. PAUL POHWAT WILLIAM

Cash: $0.00 Check: $0.00 Charge: $0.00 ACH: $258.00

*Begin Financial Docket*

| | | |
|---|---|---|
| Civil Complaint | $258.00 | PAID |

*End Financial Docket*

Change Returned: $0.00

Amount Refunded: $0.00

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
MICHAEL L. LINTON
Assistant U.S. Attorney
Arizona State Bar No. 024729
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: michael.linton@usdoj.gov
Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Edgar Soto Martinez,

Plaintiff,

vs.

United States of America,

Defendant.

**Case No.: ____________________**

**CERTIFICATION OF STATE COURT RECORDS**

**(Pima County Superior Court Case No. C20210625)**

Pursuant to Local Rule of Civil Procedure 3.6(b), attached are true and complete copies of all pleadings and other documents obtained from the Pima County Superior Court in *Edgar Soto Martinez vs. Paul Pohwat William*[1], Case No. C20210625.

RESPECTFULLY SUBMITTED this 24th day of March, 2021.

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

*s/Michael L. Linton*
MICHAEL L. LINTON
Assistant U. S. Attorney

---

[1] The Complaint transposes Defendant Pohwat's middle (William) and last names. The filing of the State Court Removal to District Court has corrected the error in the case caption to reflect defendant's true name of Paul William Pohwat.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathan S. Rothschild
Mesch Clark Rothschild
259 N. Meyer Ave.
Tucson, AZ 85701-1090
Attorney for Plaintiff

<u>*s/Mary M. Parker*</u>

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona
MICHAEL L. LINTON
Assistant U.S. Attorney
Arizona State Bar No. 024729
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: michael.linton@usdoj.gov
Attorneys for Defendant United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Edgar Soto Martinez,<br><br>Plaintiff,<br><br>vs.<br><br>United States of America,<br><br>Defendant. | **Case No.: ___________________**<br><br>**CERTIFICATION OF SCOPE OF EMPLOYMENT**<br><br>**(Pima County Superior Court Case No. C20210625)** |

I, Michael Ambri, Chief of the Civil Division for the United States Attorney's Office, District of Arizona, acting by the virtue of the authority vested in the Acting United States attorney by 28 C.F.R. § 15.4 and delegated to me, hereby certify that I have read the Complaint in the above-reference action. On the basis of the information now available with respect to the allegations contained in the Complaint, I find that Defendant Paul William Pohwat was an employee of The Smithsonian National Museum of Natural History at all times relevant to the Complaint. On the basis of the information now available, I hereby certify that Defendant Pohwat was acting within the scope of his federal employment as an employee of The Smithsonian National Museum of Natural History at the time of the matters giving rise to this lawsuit.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 24th day of March, 2021.

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

*s/Michael A. Ambri*
MICHAEL A. AMBRI
Chief of the Civil Division
District of Arizona

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathan S. Rothschild
Mesch Clark Rothschild
259 N. Meyer Ave.
Tucson, AZ 85701-1090
Attorney for Plaintiff

*s/Mary M. Parker*